544

389 A.2d 180

Commonwealth v. Smith, Appellant.

Submitted June 22, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.